In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00289-CR
_____

**ALEX YOVANY BONILLA-FUENTES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5
Montgomery County, Texas
Trial Cause No. 17-320435**

**MEMORANDUM OPINION**

On December 1, 2017, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why he needed more time for filing the record. *See* Tex. R. App. P. 37.3(b). The appellant did not file a response. It appears that the appellant is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.2. There being no satisfactory explanation for the failure to file the record, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

1

APPEAL DISMISSED.

_____

LEANNE JOHNSON
Justice

Submitted on January 9, 2018
Opinion Delivered January 10, 2018
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.